No. 990. NORTHWEST BANCORPORATION *v.* BENSON, COMMISSIONER OF BANKS OF MINNESOTA, ET AL. Motion submitted May 3, 1934. Decided May 7, 1934. *Per curiam:* The motion for im-

mediate consideration of the jurisdictional statement is granted. The order denying interlocutory injunction is affirmed. *United Fuel Gas Co.* v. *Railroad Commission*, 278 U.S. 300, 326; *Alabama* v. *United States*, 279 U.S. 229, 231; *National Fire Ins. Co.* v. *Thompson*, 281 U.S. 331, 338; *United Drug Co.* v. *Washburn*, 284 U.S. 593; *South Carolina Power Co.* v. *South Carolina Tax Comm'n*, 286 U.S. 525; *Ogden & Moffett Co.* v. *Michigan Public Utilities Comm'n*, 286 U.S. 525. MR. JUSTICE BUTLER took no part in the consideration and decision of this appeal. *Messrs. G. A. Youngquist, F. H. Stinchfield,* and *Claude G. Krause* for appellant. *Mr. Harry H. Peterson* for appellees.